United States Federal Court
Ocala Division
Florida

5:23-CV-588 CEMPRL

Oriyomi Sadiq Aloba

                              Civil
                              Jury trial Demanded.

Public Defendant           Jury Trial Demand.
David Wasserman.

## Civil Suit

This is a Bivens suit brought against the defendants within their professional and personal capacity for conspiring to violate plaintiff's rights guaranteed under the First, Fourth, Fifth, Eighth, Fourteenth of United States Constitution.

## Jurisdiction

plaintiff is a Citizen of Coleman, Florida.

Defendant are agency of United States operating under color of law.

Part of the event occurred within Coleman FL, under the jurisdiction of this court.

## Background.

On around November 15 2017, plaintiff was seized by unknown federal agency. Plaintiff was taken to California from Texas against his will and without probable and in violation of Due process of Law.

On around January 18 2018, plaintiff met with Defendant David Wasser who claimed to have been appointed as public Defendant office to represent plaintiff in a criminal proceedings against plaintiff purported filed under 18-CR-0064.

Upon plaintiff investigation evidence reveal that the entire proceeding was sham as the case number itself proofed not to exist.

Upon contacting the public Defendant office, The public defendant office continue to maintain misrepresentation of information to plaintiff by furnishing plaintiff false documentation known to be false in other to attempt to maintain false imprisonment orchestrated on plaintiff by others known and unknown.

## Grounds.

### Ground One

David Wasserman within his personal and professional capacity conspired with others to deprive right of Liberty under the Fourteenth Amendment by engaging in sham proceedings.

### Ground two

David Wasserman within his personal and professional capacity conspired to violate plaintiff Fourth amendment right by engaging in Fraudulent proceedings which creates chain of event of continuance detention of plaintiff in Coleman Federal prison till date without conviction.

### Ground three

David Wasserman, within his personal and professional capacity conspired to violates plaintiff Fifth amendment right by engaging in Fraudulent proceeding to deprive petitioner of right of due process of law under Federal laws and judicial proceedings.

### Ground Four

3

David Wasserman, within his personal and professional capacity conspired to violates plaintiff's sixth amendment right by engaging in fraudulent proceeding known to sham and posing as plaintiff counsel when knew he was not engaging in lawful proceeding and failed to notify plaintiff.

### Ground Five

David Wasserman, within his personal and professional capacity conspired to violates plaintiff's eighth Amendment as a result of his participation in the fraudulent proceedings that led to plaintiff continuance detention in a Federal prison under a false identification the subsequently subjected plaintiff to continuance physical assault, sexual assault, and mental assault.

### Ground Six

David Wasserman within his personal and Professional capacity conspired to violates plaintiff's First Amendment rights as a result of his participation in fraudulent proceedings that led to plaintiff Detention under a false identification in a facility where all rights within the First

4

Amendment is restricted without due process of Law.

Defendant Public Defendance of is accessed of all grounds entered above as a result of its participation in conspiracy by producing to plaintiff false documentation to plaintiff and refusing to ~~enga~~ investigate plaintiff malpractice complaint against David Wasserman but rather attempted to manipulate plaintiff or obstruct plaintiff into discovering the truth of allegations alleged in this complaintiff.

## Prayer

Plaintiff seek monetary Damages against the Defendants to be decided by trial or fact Finders.

Plaintiff seek impunity Damages against the Defendants, to be decided by trial or fact Finders.

Plaintiff seeks lien placed on Defendants financial or assets until this matter is resolved to avoid Defendants hidden Funds.

5

Plaintiff seeks that the court award any other available remedy the court may find applicable.

Plaintiff seeks that the court declare that The Defendants has violated plaintiff constitutional rights has alleged in this complaint.

Respectfully Submitted
Oriyomi Sodiq Alaba
09-23-23

## Certificate of Mailing

I certify pursuant to 28 USCS 1746 under penalty of perjury that I serve the following parties on this day 09-23-23.

Federal District Court
Court Clerk
207 NW 2nd Street #4475
Ocala FL, 34475

Greyoimi Sadiq Aloba
09-23-23

United States Federal Court
Ocala Division
Florida

Oriyomi Sadiq Alaba,

civil

Public Defendant
David Wasserman

Declaration in support of
Civil Complaint.

Oriyomi Sadiq Alaba states:

I am the plaintiff as entered above; I certify pursuant 28 USCS 1746, under penalty of perjury that all the complaint or statements entered in the civil complaint filed along with is motion is true.

Oriyomi Sadiq Alaba
09-23-2023