UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ORIYOMI SADIQ ALOBA,**

      **Plaintiff,**

v().    Case No. 5:23-cv-588-CEM-PRL

**DAVID WASSERMAN,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff Oriyomi Sadiq Aloba's Civil Rights Complaint (Doc. 1) filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The case is due to be dismissed because the Plaintiff is prohibited from proceeding *in forma pauperis*, per 28 U.S.C. § 1915(g) and did not pay the filing fee at the time he initiated this case.

Section 1915(g) of Title 28 limits a prisoner's ability to bring a civil action *in forma pauperis* under certain circumstances:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may

>be granted, unless the prisoner is under imminent danger
>of serious physical injury.

28 U.S.C. § 1915(g). Thus, if a prisoner has had three or more cases dismissed for one of the recited reasons, he cannot proceed *in forma pauperis* and must pay the filing fee in full at the time the lawsuit is initiated. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002). Consequently, courts have a responsibility to dismiss cases, even *sua sponte*, under 28 U.S.C. § 1915(g). *See, e.g.*, *Casey v. Scott*, 493 F. App'x 1000, 1001 (11th Cir. 2012).

The Court takes judicial notice of Plaintiff's recent federal civil actions that were dismissed as frivolous, malicious, or for failure to state a claim upon which may be granted: (1) *Aloba v. United States*, Case No. 21-2139 (S.D. Tex.) (dismissed Oct. 20, 2021 as frivolous); (2) *Aloba v. Client Dragoo*, Case No. 20-3100 (S.D. Tex.) (dismissed Nov. 5, 2020 as frivolous); and (3) *Aloba v. United States*, Case No. 20-2690 (S.D. Tex.) (dismissed Aug. 31, 2020 as frivolous and malicious).

Based upon the prior dismissals and Plaintiff's failure to allege that he is under imminent danger of serious physical injury, he is not permitted to proceed *in forma pauperis* and the case will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form together with the full filing fee.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk of Court is directed to close this case and enter judgment accordingly.

**DONE** and **ORDERED** in Orlando, Florida on October 5, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party